UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA LIMA; SAINT VON COLUCCI (ERICH-SAINT LIMA),

Plaintiffs,

-against-

RAPHAEL RASHID, ET AL.,

Defendants.

26-CV-5574 (LTS)

ORDER DIRECTING UPDATED ADDRESS

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiffs proceed in this matter *pro se.* In a similar complaint that Plaintiffs filed in this court, orders that have been mailed to Plaintiffs have been returned as undeliverable. *See Lima v. Rashid*, No. 26-CV-5939 (LLS) (S.D.N.Y. filed July 13, 2026). Plaintiffs have not updated their address with the Court.

Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number." Fed. R. Civ. P. 11(a). Moreover, a standing order in this district provides that "[i]t is a party's obligation to provide an address for service . . . ." *In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024) ("Standing Order"); *see also Electronic Case Filing Rules*, Rule 8.2 ("Electronically filed documents must include a signature block and must set forth the name, address, telephone number and e-mail address all in compliance with the Federal Rules of Civil Procedure and Local Civil Rule 11.1.").

Plaintiffs are directed, within 30 days of the date of this order, to provide an updated address to the court in writing. If Plaintiffs comply with this order, the case shall be processed in

accordance with the procedures of the Clerk's Office. If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed without prejudice.

**CONCLUSION**

Plaintiffs are directed, within 30 days of the date of this order, to update the court, in writing, with their new address. If Plaintiffs comply with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiffs fail to comply with this order within the time allowed, by failing to provide the court with an updated address, the action will be dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 25, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge