UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIANA LIMA; SAINT VON COLUCCI (ERIC-SAINT LIMA),

Plaintiffs,

-against-

RAPHAEL RASHID, ET AL.,

Defendants.

26-CV-5574 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 25, 2026, the Court directed Plaintiffs to update their address within 30 days. The Court notified Plaintiffs that if they did not timely respond to the September 25, 2026 order, the Court would dismiss the action without prejudice to Plaintiffs' refiling it. Plaintiffs have not updated their address or otherwise communicated with the court. Accordingly, the Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number.").

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated: November 2, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge